194

**James L. MELVIN, Plaintiff— Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Defendant— Appellee.**

No. 05–1179.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 23, 2005.

James L. Melvin, Appellant Pro Se. David J. Cortes, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James L. Melvin appeals the district court's order denying relief in his civil action alleging a breach of a settlement agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Melvin v. Principi, Sec. of Veterans Affairs,* No. CA–03–968–5 (E.D.N.C. Dec. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*